IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBORAH ELLIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-10-1083 |
| § | |
| BLUE CROSS/BLUE SHIELD OF TEXAS, § | |
| *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

The parties' Joint Submission of Proposed Mediator is granted. If mediation is a necessary part of the settlement negotiations, the parties will complete mediation using W. Thomas Proctor, PC, 3555 Timmons Lane, Suite 1075, Houston, Texas 77027 by **January 28, 2011**. The initial pretrial conference set for December 15, 2010 is cancelled. It is reset for **February 11, 2011**, at 8:30 a.m., if the case is not resolved by then.

SIGNED on November 8, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge